# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2021

## NO. 03-19-00773-CV

**Valerie Gray and 1720 W. Anderson Lane, L.L.C., Appellants**

**v.**

**Catherine Galvan, Appellee**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART --
## OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on September 9, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court reverses the trial court's judgment and renders a take nothing judgment against Galvan. We remand the cause to the trial court for further proceedings to determine the attorney's fees and court costs. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.